UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMSIN MARIE BERGMAN<br><br>Defendant. | CASE NO.CR99-00304-RSM<br><br>PROPOSED FINDINGS OF<br>FACT AND DETERMINATION<br>AS TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 7, 2005 and May 6, 2005. The United States was represented by Andrew Hamilton on April 7th and Susan Roe on May 6th, defendant was represented by Carole Grayson on April 7th and Jennifer Horwitz on May 6th. The proceedings were recored on cassette tape.

CONVICTION AND SENTENCE

Defendant had been convicted of Possession of Stolen Mail on or about October 6, 1999. The Hon. Ricardo S. Martinez of this court sentenced defendant to 6 months of confinement, followed by 3 years of supervised release. The court also ordered special conditions for substance abuse, mental health, financial disclosure, restitution of $1,231.55, no firearms or destructive devices, mandatory drug testing, abstinence from alcohol and 120-Day placement at the CSC.

The conditions of supervised release included requirements that defendant comply with the

PROPOSED FINDINGS
PAGE -1-

standard 13 conditions.

## ALLEGED VIOLATIONS AND THE DEFENDANT'S ADMISSION

USPO Michael J. Larson alleged that defendant violated the conditions of supervised release in the five respect(s):

(1) Using amphetamine on or before February 11, 2005, in violation of standard condition number seven;

(2) Using methamphetamine on or before February 11, 2005, in violation of standard condition number seven;

(3) Failing to participate and successfully complete up to a 120-day placement at the comprehensive sanctions center (CSC) in Seattle, Washington, by using amphetamine and methamphetamine, in violation of special condition requiring her participation and successful completion of the SCS program;

(4) Associating with a convicted felon, namely Joel Groves, without the approval of the probation officer, in violation of standard condition number nine;

(5) Using heroin (morphine) on or before April 26, 2005, in violation of standard condition number seven.

At an initial hearing, I advised the defendant of these charges and of her constitutional rights. At today's hearing defendant admitted to all five violations, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Ricardo S. Martinez.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of her supervised release as alleged; and set the matter for a disposition hearing.

PROPOSED FINDINGS
PAGE -2-

Defendant has been detained pending a final determination by the court.

DATED this 9th day of May, 2005.

                                                    */s/ M. Benton*

MONICA J. BENTON
United States Magistrate Judge

cc:   Sentencing Judge        :  Hon. Ricardo S. Martinez
      Assistant U.S. Attorney    :  Susan Roe and Andrew Hamilton
      Defense Attorney        :  Carole Grayson and Jennifer Horwtiz
      U. S. Probation Officer    :  Michael Larson